a judgment of the Onondaga County Court (Anthony F. Aloi, J.), rendered July 16, 2007. The judgment convicted defendant, upon his plea of guilty, of manslaughter in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Peradotto, Carni, Green and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAKILA M. HALL, Appellant. (Appeal No. 1.) [877 NYS2d 228]— Appeal from a judgment of the Steuben County Court (Peter C. Bradstreet, J.), rendered April 23, 2007. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Peradotto, Carni, Green and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAKILA M. HALL, Appellant. (Appeal No. 2.) [877 NYS2d 228]— Appeal from a judgment of the Steuben County Court (Peter C. Bradstreet, J.), rendered April 23, 2007. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Peradotto, Carni, Green and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JONATHAN CORDEIRO, Also Known as JONATHAN CORDIERO, Also Known as JONATHAN H. CORDEIRO, Appellant. [877 NYS2d 228]— Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered January 29, 2008. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Peradotto, Carni, Green and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANKLIN M. FLOYD, Appellant. [877 NYS2d 228]—Appeal from a judgment of the Monroe County Court (Stephen K. Lindley, A.J.), rendered January 20, 2006. The judgment convicted defendant, upon his plea of guilty, of robbery in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Peradotto, Carni, Green and Gorski, JJ.